Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROSA RAMIREZ,<br><br>    Defendant. | Case No. 1:23-cr-00291-DCN<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL READINESS CONFERENCE AND TRIAL** |

    Defendant Rosa Ramirez, through counsel, moves the Court to continue the trial readiness conference and trial, which are currently set for April 4 and April 15, 2024, respectively. Ms. Ramirez requests that the Court continue her trial readiness

1

conference and trial for no less than 75 days from the previously scheduled dates. Ms. Ramirez further asks the Court to vacate and reset the pretrial motions filing deadline.

This motion is supported by the Fifth and Sixth Amendments and by the attached declaration of counsel.

Submitted on this 4th day of March, 2024.

> /s/ Craig H. Durham
> Attorney for Rosa Ramirez